THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANSELMO ABREU, Appellant.

Argued October 5, 1939; decided November 14, 1939.

*Martin Benjamin, Francis X. Dunn* and *Mitchell J.
Sherwin* for appellant.

*Samuel J. Foley, District Attorney (Sol Boneparth, Herman
J. Fliederblum* and *Nicholas F. Delagi* of counsel), for
respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN,
FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.